IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNIE EARL SHROPSHIRE, AIS 175941, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 2:22cv721-RAH-SMD |
| KAREN CARTER, et al., | )<br>)<br>) |
| Respondents. | ) |

**ORDER**

On January 4, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE, on this the 25th day of January, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE