# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNIE EARL SHROPSHIRE,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:23-cv-331-RDP-GMB |
| **WARDEN III KAREN CARTER,** *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation (Doc. 10) on March 20, 2023, recommending that the court dismiss Petitioner Donnie Earl Shropshire's petition for writ of habeas corpus for lack of jurisdiction. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that Shropshire's petition is due to be dismissed for lack of jurisdiction. A separate final judgment will be entered.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Petitioner's claims do not satisfy either standard. If Shropshire wishes to appeal, he must request

a certificate of appealability from the Eleventh Circuit Court of Appeals. Fed. R. App. P. 22(b); 11th Cir. R. 22-1(b).

**DONE** and **ORDERED** this April 11, 2023.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE